

KC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | **07CR  739** |
|---|---|
| v.<br>MIGUEL CINTORA-FERREIRA | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

**JUDGE NORGLE**

**MAGISTRATE JUDGE VALDEZ**

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about September 21, 2007, at Kankakee County, Illinois, in the Northern District of Illinois, Eastern Division,

MIGUEL CINTORA-FERREIRA,

defendant herein, an alien who previously had been deported and removed from the United States on or about March 11, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY